**From:** CA02db Intake
**To:** CA02db Case_Closing
**Cc:** Yana Segal
**Subject:** 25-149-pr / Rivera-Perez v. Stover USCA Order
**Date:** Thursday, March 26, 2026 3:39:05 PM

---

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Thursday, March 26, 2026 2:29 PM
**To:** CTD CMECF <CMECF@ctd.uscourts.gov>
**Subject:** Activity in Case 3:23-cv-01348-SRU Rivera-Perez v. Stover USCA Order

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 3/26/2026 at 2:29 PM EDT and filed on 3/26/2026
**Case Name:**      Rivera-Perez v. Stover
**Case Number:**      3:23-cv-01348-SRU
**Filer:**
**WARNING: CASE CLOSED on 11/19/2024**
**Document Number:** 28

**Docket Text:**
**ORDER of USCA as to [20] Notice of Appeal filed by R. Stover USCA Case Number 25-149 (Oliver, T.)**

**3:23-cv-01348-SRU Notice has been electronically mailed to:**

Terence S. Ward      Terence_Ward@fd.org, ctx_ecf@fd.org

J. Brian Meskill      brian.meskill@usdoj.gov, CaseView.ECF@usdoj.gov

**3:23-cv-01348-SRU Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=3/26/2026] [FileNumber=8659725-0
] [788f9eb1f98111ceb81c79b7790d5dc9e92010540eec747804904db420c98765fb8
257af20214b48d9a0a04ff6e1867e8d6030af6bd8901e522d3e27a2a5dce5]]