# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

RECEIVED
AUG 17 PM 4:28
U.S. COURT OF APPEALS
SECOND CIRCUIT

August 11, 2026

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Raul Rivera-Perez
v. Caryn Flowers, Warden
Application No. 26A186
(Your No. 25-149)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on August 11, 2026, extended the time to and including September 17, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Allison Kahl
Federal Defender's Office of Connecticut
10 Columbus Blvd.
6th Floor
Hartford, CT 06106

Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 208
13 AUG 2026PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.78º
08/13/2026 ZIP 20543
043M31266310

US POSTAGE

US MAIL
SDNY

10007-155199